In the Matter of JENNIE E. DEE, as Executrix of JOHN DEE, Deceased, Respondent, against STATE TAX COMMISSION et al., Appellants.

Argued January 10, 1940; decided January 25, 1940.

618

*John J. Bennett, Jr., Attorney-General (Mortimer M. Kassell, Harry T. O'Brien, Jr.,* and *Bernard A. Culloton* of counsel), for appellants.

*John A. Slade* for respondent.

Order affirmed, with costs; no opinion.

Concur: LEHMAN, Ch. J., LOUGHRAN, FINCH, RIPPEY, SEARS, LEWIS and CONWAY, JJ.